```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                  :

FELDMAN LAW GROUP, PC               :      09 Civ. 9481 (SHS)

              Plaintiff,         :
                                  :      ORDER

      -against-                     :

HANOVER INSURANCE GROUP, INC.,  :

             Defendant.      :
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today with counsel for both sides present, it is hereby ORDERED that:

      1. The last date for discovery remains June 18, 2010;

      2. The next pretrial conference is scheduled for June 17, 2010 at 10:00 a.m.;

      3. The joint pretrial order is due on or before June 28, 2010;

      4. Proposed jury charges and, if the parties wish, proposed *voir dire* are due on or before June 28, 2010;

      5. Any motions *in limine* are due on or before June 28, 2010, and any responses to such motions are due on or before July 6, 2010;

      6. The trial of this action is scheduled for July 12, 2010 at 9:30 a.m.

Dated: New York, New York
       April 16, 2010

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.

1